

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-22-00285-CR

Elijah Walter **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1061
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On July 15, 2022, appellant filed a "Motion to Extend Time to Seek Amended Trial Court Certification of Defendant's Right to Appeal." After consideration, the motion is **denied**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court